**James Devon POWELL,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America; Joseph Brooks, Warden, FCI Petersburg, Defendants–Appellees.**

**No. 04–6576.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

James Devon Powell, Appellant pro se.

Paul Joseph McNulty, United States Attorney, Alexandria, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM:

James Devon Powell appeals the district court's order denying his motion to restrain or enjoin prison officials from collecting court-ordered restitution and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See Powell v. United States*, No. CA–04–37–2 (E.D. Va. Mar. 8, 2004 & Mar. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*